PROB 12C
(7/93)

# United States District Court

## for

## District of New Jersey

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Tyrone Williams                                     Cr.: 02-081-01

Name of Sentencing Judicial Officer: Honorable William H. Walls

Date of Original Sentence: 05/24/01

Original Offense: Possession and Distribution of Heroin.

Original Sentence: Imprisonment 84 months followed by a five year term of supervised release. Drug testing and treatment.

Type of Supervision: Supervised Release                  Date Supervision Commenced: 06/01/06

Assistant U.S. Attorney: Carolyn Murray          Defense Attorney: Alexander Jardines, Esq. (Appointed)

### PETITIONING THE COURT

[X] To issue a warrant
[ ] To issue a summons

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
| --- | --- |
| 1 | The offender has violated the supervision condition which states '**You shall not commit another federal, state, or local crime.**' |
| | The offender failed to remain arrest free as evidenced by his arrest on August 11, 2006, for unlawfully soliciting an undercover detective for oral sex in exchange for $15.00. The offender pled guilty to disorderly conduct and was fined $405.00 in Newark Municipal Court. |
| 2 | The offender has violated the supervision condition which states '**You shall not commit another federal, state, or local crime.**' |
| | The offender failed to remain arrest free as evidenced by the following: On August 19, 2006, the offender was arrested by the Newark police department for Distribution of CDS Cocaine, Distribution of CDS Cocaine within 1,000 feet of a school and Distribution of CDS Cocaine within 500 feet of a housing complex. The offender pled guilty to Distribution of CDS Cocaine within 1,000 feet of a school and sentencing is scheduled for June 15, 2007 in Essex County Superior Court. |

3   The offender has violated the supervision condition which states '**You shall not commit another federal, state, or local crime.**'

   The offender failed to remain arrest free as evidenced by the following: On May 29, 2007, the offender was arrested by the Newark police department and charged with; Possession of CDS Heroin, Possession of CDS Heroin with intent to Distribute within 1,000 feet of a school, Possession of CDS Heroin within 500 feet of a public housing complex, Possession of CDS Cocaine, Possession of CDS Cocaine with intent to Distribute within 1,000 feet of a school, Possession with intent to Distribute within 500 feet of a public housing complex, and Conspiracy. The charges are pending in Essex County Superior Court.

4   The offender has violated the supervision condition which states" **You shall notify the probation officer within 72 hours of being arrested or questioned by a law enforcement officer.**'

   The offender was arrested on May 29, 2007 and failed to report the arrest to the Probation office within 72 hours.

I declare under penalty of perjury that the foregoing is true and correct.

By: Kellyanne Kelly
Senior U.S. Probation Officer
Date: 6/4/07

THE COURT ORDERS:

[ ] The Issuance of a Summons.  Date of Hearing: .
[X] The Issuance of a Warrant
[ ] No Action
[ ] Other

Signature of Judicial Officer

Date